Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07928-1991
(973) 292-1700

Attorneys for Plaintiffs
Sepracor Inc., UCB S.A. and UCB, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEPRACOR INC., UCB S.A. and UCB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Defendant. | Civil Action No. _____ |

### RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS SEPRACOR INC., UCB S.A. AND UCB, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Sepracor Inc., UCB S.A. and UCB, Inc., through their counsel, declare as follows:

1. Plaintiff Sepracor Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of Sepracor Inc.'s stock;

2. Plaintiff UCB S.A. is 36.2% owned by Financière de Tubize S.A. located at Allèe de la Recherche 60, 1070 Brussels, Belgium; and

3. Plaintiff UCB, Inc. is 100% owned by UCB Holdings, Inc. located at 1950 Lake Park Drive, Smyrna, GA 30080. UCB Holdings, Inc. is 100% owned by Plaintiff UCB S.A.

581480_1

Dated:  May 30, 2008

Respectfully submitted,

/s/ *Thomas R. Curtin*
Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ  07962-1991
(973) 292-1700

OF COUNSEL:

Gregory L. Diskant
Jeffrey I.D. Lewis
Melissa Mandrgoc
Ella Campi
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Attorneys for Plaintiffs
Sepracor Inc., UCB S.A. and UCB, Inc.

581480_1